**ACME, PALMERS & DE MOOY FOUNDRY CO. v. Harry H. WEISS, Formerly U. S. Collector of Internal Revenue.**

Circuit Court of Appeals, Sixth Circuit.
November 15, 1928.

No. 5033.

Frankel, Brunenkant & Frankel, of Cleveland, Ohio, for plaintiff in error.

A. E. Bernsteen, U. S. Atty., and Irene Nungesser, Asst. U. S. Atty., both of Cleveland, Ohio, and F. F. Toomey, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., for defendant in error.

PER CURIAM. Judgment of District Court affirmed, with costs, on authority of Law v. U. S., 266 U. S. 494, 45 S. Ct. 175, 69 L. Ed. 401, Fleischmann Co. v. U. S., 270 U. S. 349, 46 S. Ct. 284, 70 L. Ed. 624, Oyler v. Railway Co., 16 F.(2d) 455, and Frankle Bros. Co. v. Routzahn, 26 F.(2d) 1018.

**BALDWIN PIANO CO. v. Harry A. KRAFT, Trustee in Bankruptcy of Estate of Joseph Patrick Cullen, Bankrupt.**

Circuit Court of Appeals, Sixth Circuit.
December 12, 1928.

No. 5062.

Grosner & Burak, of Detroit, Mich., for appellant.

Jay F. McMullen, of Detroit, Mich., for appellee.

PER CURIAM. Decree of District Court reversed, upon authority of McCallum v. Bray-Robinson Co., 24 F.(2d) 35, and cause remanded for further appropriate proceedings.

**BALTIMORE & OHIO RAILROAD COMPANY, a Corporation, Appellant, v. Leslie F. BRAND and Emily A. Brand, Appellees.**

Circuit Court of Appeals, Fourth Circuit.
October 25, 1928.

No. 2776.

Nesbitt, Goodwin & Nesbitt, of Wheeling, W. Va., for appellant.

O'Brien & O'Brien, of Wheeling, W. Va., for appellees.

PER CURIAM. Appeal dismissed, at cost of appellant, on joint motion.

**BANKERS' TRUST CO. and Henry F. Wilson, Jr., as Trustees, and Andrew H. Green, Jr., and Edward P. SMITH, as Receivers of the Charcoal Iron Company of America, v. STATE OF MICHIGAN, County of Charlevoix, City of Boyne City, County of Schoolcraft, and City of Manistique.**

Circuit Court of Appeals, Sixth Circuit.
January 8, 1929.

No. 5162.

Chapman & Cutler, of Chicago, Ill., and Campbell, Bulkley & Ledyard, of Detroit, Mich., for cross-appellants.

Wilber M. Brucker, Atty. Gen., Paul G. Eger, Asst. Atty. Gen., James C. Wood, City Atty., of Manistique, Mich., E. A. Ruegsegger, City Atty., of Boyne City, Mich., Virgil I. Hixson, Pros. Atty., of Manistique, Mich., and Arthur L. Fitch, Pros. Atty., of Charlevoix, Mich., for cross-appellees.

PER CURIAM. Decree of District Court set aside, and cause remanded, pursuant to stipulation of counsel.